**Order entered December 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00856-CV

### IN THE INTEREST OF C.S.B AND R.D.B, Children

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15158**

## ORDER

I hereby voluntarily recuse myself from hearing any matter in the above appeal.


/s/     ADA BROWN
        JUSTICE